UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GLENN N. TAYLOR, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:10-cv-00214 |
| | ) |
| TARGET CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The parties to the above-styled action, by counsel, represent to the Court that all matters and controversies as set forth in the Plaintiff's Amended Complaint have been compromised and settled. Upon motion of the parties, by counsel, and it appearing just to do so, it is hereby

ORDERED that this case should be, and it is dismissed with prejudice, with each side to bear his/its own costs and attorneys' fees.

The Clerk is directed to provide a copy of this Order to all counsel of record and this matter is ORDERED stricken from the docket.

Enter this 19th day of January, 2011.

/s/
Liam O'Grady
United States District Judge

We ask for this:

**TARGET CORPORATION**

By: _____
Edward H. Starr, Jr., Esq. (VSB No. 18609)
Brenna K. Newman, Esq. (VSB No. 71319)
Attorneys for Target Corporation
TROUTMAN SANDERS LLP
1001 Haxall Point
Post Office Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1304
Facsimile: (804) 698-5139
ed.starr@troutmansanders.com
brenna.newman@troutmansanders.com


**GLENN N. TAYLOR, SR.**

By: _____
Martin C. Boyle, Esq. (VSB No. 72754)
Attorney for Glenn N. Taylor, Sr.
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-1414
Facsimile: (804) 698-2091
mcboyle@mcguirewoods.com


2013032v1

2